IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEYAAELDIN METWALLI, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | No. 3:25-CV-1814-X-BN |
| | § | |
| SALCOMP, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 16). No *timely* objections were filed. Plaintiff Deyadeldin Metwalli filed an objection on October 13, 2025. (Doc. 17). But the Magistrate Judge entered the findings, conclusions, and recommendation on September 25, 2025 meaning the 14-day objection period ended on October 9, 2025.[1] Because of Metwalli's *pro se* status, the District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

---

[1] *See* FED. R. CIV. PRO. 72(a) ("A party may serve and file objections to the order within 14 days after being served with a copy.").

1

**IT IS SO ORDERED** this 15th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE